1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
9                            ----oo0oo----
10
11  JAMES D. EVERSOLE,
                                         NO. 2:08-cv-0242 FCD/DAD
12
            Plaintiff,
13
       v.                                ORDER OF NON-RELATED CASES
14
    BLUE & GOLD FLEET, L.P. et
15  al.,
16          Defendant s.
    _____/
17  JAMES D. EVERSOLE,
                                         NO. 2:08-cv-0552 LKK/EFB
18          Plaintiff,
19     v.
20  CITY OF VALLEJO, et al.,
21          Defendants.
22                           ----oo0oo----
23
        The undersigned judge declines to relate the above-captioned
24
    cases pursuant to Local Rule 83-123(a).  Assignment of the
25
    matters to the same judge is not likely to effect a substantial
26
    savings of judicial effort or other economies.  Both actions
27
    involve the same or similar defendants, but the actions involve
28
    events specific to each party, the questions of fact are

different, the questions of law are not novel, it is not clear that the same result should follow in both actions, and assignment to different judges would not entail substantial duplication of labor.

IT IS SO ORDERED.

DATED: March 28, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE