UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. EVERSOLE,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF VALLEJO, *in personam*, and M/V SOLANO, M/V VALLEJO, and M/V INTINTOLI, and their engines, tackle, apparel, etc., *in rem*,<br><br>      Defendants.<br>_____/<br>JAMES D. EVERSOLE,<br><br>      Plaintiff,<br><br>    v.<br><br>BLUE & GOLD FLEET, L.P.,<br><br>      Defendant.<br>_____/ | NO. CIV. S-08-0552 LKK/EFB<br><br><br><u>RELATED CASE ORDER</u><br><br><br><br><br><br><br><br>No. CIV. S-08-910 JAM/EFB |

    Examination of the two above-entitled actions reveals that they are related within the meaning of Local Rule 83-123 for the reason that they involve substantially the same questions of fact and law.  Accordingly, the assignment of the matters to the same

1

judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    The court hereby orders that:

    1.   The action denominated CIV. NO. S-08-0910 JAM/EFB is REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in the reassigned case only, are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV. NO. S-08-0910 LKK/EFB.

    2.   The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

    DATED: May 6, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2