1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES D. EVERSOLE,

12            Plaintiff,

13      v.                                NO. CIV. S-08-910 LKK/EFB

14   BLUE & GOLD FLEET, L.P.,

15            Defendant.
     _____/
16   JAMES D. EVERSOLE,

17            Plaintiff,

18      v.                                NO. CIV. S-08-552 LKK/EFB

19   CITY OF VALLEJO, in personam,
     and M/V SOLANO, M/V VALLEJO,
20   and M/V INTINTOLI, and their
     engines, tackle, apparel, etc.,             O R D E R
21   in rem,

22            Defendants.
     _____/
23

24       Pending before the court is a stipulation by all parties in

25   the above-captioned cases to consolidate the two cases. The Court

26   has already related the two cases by order of May 7, 2008.

                                  1

1   The court hereby grants the request for consolidation.   Investors

2   Research Co. v. U.S. Dist. Court for Cent. Dist. of California, 877

3   F.2d 777, 777 (9th Cir. 1989) (The district court has broad

4   discretion under this rule to consolidate cases pending in the same

5   district.).

6       These two cases have progressed to different degrees.  In Case

7   No. 08-cv-910, discovery has been completed and the time for

8   discovery is closed, and the case is set for trial on February 2,

9   2010.  In Case No. 08-cv-552, proceedings were stayed by defendant

10  City of Vallejo's bankruptcy filing, such that no discovery has

11  been conducted and no scheduling order has been issued.   The

12  parties  indicate  that  discovery  on  this  case  is  necessary.

13  Accordingly, all current dates in these cases are vacated, and a

14  new status conference is set.

15      Accordingly, the court ORDERS as follows:

16  1.   Eversole v. Blue & Gold Fleet, (No. 2:08-cv-910 LKK EFB)

17       and Eversole v. City of Vallejo, et al., (No. 2:08-cv-

18       552 LKK EFB) are hereby CONSOLIDATED.

19  2.   Case  No.  2:08-cv-552  LKK  EFB  is  designated  as  the

20       "master file;"

21  3.   The Clerk is directed to copy the operative complaint

22       and the answer to the complaint from No. 2:08-cv-910 LKK

23       EFB, and to place those copies in the "master file;"

24  4.   The Clerk is directed to administratively close case No.

25       2:08-cv-910 LKK EFB;

26  5.   The parties are directed to file all future pleadings

1      only in case no. 2:08-cv-552 LKK EFB;

2   6.   A further status conference to set a consolidated

3        schedule is SET for August 10, 2009 at 11:30 a.m.

4   IT IS SO ORDERED.

5   DATED: July 8, 2009.

6

7

8   _____
    LAWRENCE K. KARLTON
9   SENIOR JUDGE
    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26