UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. EVERSOLE,

           Plaintiff,

    v.

CITY OF VALLEJO, in personam,
and M/V SOLANO, M/V VALLEJO,
and M/V INTINTOLI, and their
engines, tackle, apparel,
etc., *in rem,*

           Defendants.

                                     /

NO. CIV. S-08cv552 LKK/EFB

O R D E R

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED: September 16, 2010.

         _____
         LAWRENCE K. KARLTON
         SENIOR JUDGE
         UNITED STATES DISTRICT COURT